■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE FELICIANO, Appellant. [764 NYS2d 196] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered December 18, 2000, convicting him of murder in the second degree, robbery in the first degree, criminal possession of a weapon in the second degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The trial court committed reversible error when, after the defense counsel made his peremptory challenges, it permitted the prosecutor to belatedly exercise a peremptory challenge to

a still unsworn prospective juror (*see* CPL 270.15 [2]; *People v Williams,* 26 NY2d 62 [1970]; *People v Broderick,* 255 AD2d 389 [1998]; *People v Lebron,* 236 AD2d 423 [1997]; *People v De Conto,* 172 AD2d 684 [1991], *affd* 80 NY2d 943 [1992]; *People v Walker,* 168 AD2d 470 [1990]; *see also People v Alston,* 88 NY2d 519 [1996]).

The defendant's challenge to the reckless endangerment charge as a lesser-included offense of murder in the second degree (*see* CPL 1.20 [37]) is unpreserved for appellate review (*see People v Ford,* 62 NY2d 275, 283 [1984]).

In light of our determination that a new trial is required, we need not reach the defendant's remaining contentions. Florio, J.P., Schmidt, Crane and Cozier, JJ., concur.